Submitted August 7, reversed September 16, 2020

In the Matter of T. M. W.,
a Person Alleged to have Mental Illness.
### STATE OF OREGON,
*Respondent,*

*v.*

### T. M. W.,
*Appellant.*

Benton County Circuit Court
20CC00715; A173439

473 P3d 146

Matthew J. Donohue, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

## PER CURIAM

Appellant seeks reversal of a judgment committing her to the custody of the Mental Health Division for a period not to exceed 180 days and an order prohibiting her from purchasing or possessing firearms. She contends that the trial court plainly erred when it failed to advise her of the information required by ORS 426.100(1). The state concedes that the trial court plainly erred in that regard and that the judgment and firearms order must be reversed. We agree with the state's concession and, for the reasons expressed in *State v. S. J. F.*, 247 Or App 321, 325, 269 P3d 83 (2011), exercise our discretion to correct the error by reversing the commitment judgment and firearms order.

Reversed.